IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TINA SHEREE BELL, AS TRUSTEE OF COREY JEVON BELL TRUST, <br>    PLAINTIFF, <br><br> v. <br><br> ANDREW CHATHAM, <br>    DEFENDANT. | § § § § § § § § § | CIVIL CASE NO. 3:25-CV-1352-N-BK |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

  The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

  SO ORDERED this 19th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE